JS-6

Jodi Siegner (CA Bar #102884)
jsiegner@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

ATTORNEYS FOR Plaintiffs CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION; and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS;

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, etc., et al., )<br><br>              Plaintiffs, )<br><br>v. )<br><br>RTI CONSTRUCTION, INC.,etc., et al., )<br><br>              Defendants. ) | CASE NO.  EDCV13-0699 JGB (OPx)<br><br>ORDER TO DISMISS WITHOUT PREJUDICE<br><br>Before The Honorable Jesus G. Bernal |

**O R D E R**

    **GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that the Plaintiff's Complaint be Dismissed Without  Prejudice in its entirety.

Dated: October 3, 2016

_____
HONORABLE JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE